UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:19-cv-04800 AFM**　　　　　　　　　　　　　　　Date: June 24, 2019

Title　**Rafael Arroyo, Jr. v. Sanidodo, LLC, et al.**

Present: The Honorable:　ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):　Order to Show Cause**

　　　This is a disability rights action assigned to Judge MacKinnon as part of the Magistrate Judge Direct Assignment Program pursuant to General Order 12-02.  (ECF No. 5.)  On June 21, 2019, defendant Sanidodo, LLC, filed its Answer to Complaint.  However, plaintiff has not filed a proof of service of the summons and complaint which is required under General Order 12-02 and Local Rule 73-2.   Plaintiff must still file the required proof of service so that the date by which the parties must file a consent to proceed with the assigned Magistrate Judge may be calculated.  *See* Local Rule 73-2.2. Accordingly, Plaintiff is ordered to file a proof of service no later than five (5) days from the date of this Order.  The court will discharge the OSC upon receipt of the required proof of service.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　**Initials of Preparer**　　ib